UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA CHARETTE,

        Plaintiff,

  v.

THURSTON COUNTY SHERIFF'S DEPT, *et al.*,

        Defendants.

Case No.  C07-5713 BHS/KLS

ORDER TO PROVIDE SERVICE COPIES

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.  Plaintiff has been granted leave to proceed *in forma pauperis* and has filed a Complaint.  Plaintiff has not provided service copies of her Complaint.

      Plaintiff will provide one copy of the Complaint for each named Defendant she wishes the United States Marshals Service to attempt to serve.  The service copies must be returned to the Court on or before **February 29, 2008** or the Court will recommend dismissal of this case for failure to prosecute.

      The Clerk is directed to send a copy of this Order to Plaintiff and note this matter for **February 29, 2008.**

      DATED this   4th   day of February, 2008.

                                        Karen L. Strombom
                                        United States Magistrate Judge