UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TANYA CHARETTE,<br><br>               Plaintiff,<br><br>     v.<br><br>THURSTON COUNTY SHERIFF'S DEPT.,<br><br>               Defendant. | Case No.  C07-5713 BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, the remainder of the file, and no objections having been filed thereto, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 19);

(2) This action is **DISMISSED WITHOUT PREJUDICE**; and

(3) The Clerk is directed to send copies of this order to Plaintiff, to Defendant, and to the Hon. Karen L. Strombom.

DATED this 4th day of June, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER