# United States District Court

WESTERN DISTRICT OF WASHINGTON

TANYA CHARETTE

       v.

THURSTON COUNTY SHERIFF'S DEPT.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5713BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE**.

   June 6, 2008     
Date

   BRUCE RIFKIN     
Clerk

   *s/CM Gonzalez*     
Deputy Clerk